# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Richardson,<br><br>    Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>    Respondents | Case No.: 3:22-cv-00017-RFB-WGC<br><br>**Order** |

    Nevada prisoner Thomas Richardson is seeking habeas relief under 28 U.S.C. § 2254 in relation to his Nevada conviction and death sentence. On January 12, 2022, Richardson filed an application for leave to proceed *in forma pauperis* with an attached habeas petition. ECF No. 1. The Court granted the application for leave to proceed *in forma pauperis*, but did not waive the payment of the filing fee. ECF No. 3. On February 8, 2022, Richardson paid the filling fee.

    **IT IS THEREFORE ORDERED** that the Clerk is directed to file Richardson's habeas petition and attachments (ECF No. 1-1 through 1-22) as a separate docket entry.

    Dated: April 14, 2022

_____
U.S. District Judge Richard F. Boulware