# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Richardson, | Case No.: 3:22-cv-00017-RFB-CSD |
| Petitioner | **ORDER** |
| v. | |
| William Gittere, et al., | |
| Respondents | |

Petitioner has filed a motion for an extension of time to October 7, 2022, to file his amended petition. ECF No. 14 Petitioner's counsel cites the need to review of a voluminous record and to conduct an expansive investigation as cause for the extension. Counsel also represents that opposing counsel does not oppose the extension of time.

The court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (ECF No. 14) is GRANTED. Petitioner shall have until and including October 7, 2022, to file his amended petition. In all other respects, the schedule for further proceedings set forth in the order entered April 14, 2022, (ECF No. 13) will remain in effect.

Dated: July 21, 2022

_____
Richard F. Boulware, II
U.S. District Judge