# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS RICHARDSON,<br><br>  Petitioner,<br><br>  v.<br><br>JEREMY BEAN, *et al.*,<br><br>  Respondents. | Case No. 3:22-cv-00017-RFB-CSD<br><br>**ORDER** |

This capital habeas corpus action has been stayed since November 30, 2022. ECF No. 31. Petitioner's counsel moves to lift the stay (ECF No. 38) so that they may file a suggestion of death with an attached press release indicating that petitioner, Thomas Richardson, died on February 6, 2025 (ECF No. 39). Good cause appearing, the court will grant the motion. With Mr. Richardson's passing, this action is now moot and will be dismissed. See Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005); see also Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

**IT IS THEREFORE ORDERED** that respondents' "Motion to Lift Stay to File Suggestion of Death" (ECF No. 38) is **GRANTED**. The stay in this case is lifted for the limited purpose of allowing petitioner's counsel to file a suggestion of death for the petitioner.

**IT IS FURTHER ORDERED** that this action is dismissed as moot on account of the petitioner's death. The Clerk of the Court is kindly requested to enter judgment accordingly and close this case.

**DATED:** March 28, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**